```
                Priority    ___
                Send        ✓
                Enter       ✓
                Closed      ___
                JS-5/JS-6   ___
                JS-2/JS-3   ___
                Scan Only   ___
```

FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. COLEMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | CASE NO. CV 06-2606-GPS (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND<br>ADOPTING FINDINGS, CONCLUSIONS,<br>AND RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

DATED: 5/8/08      .

*/s/ George P. Schiavelli*
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\COLEMAN, R 2606\Order accep r&r.wpd