UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. COLEMAN, | CASE NO. CV 06-2606-JFW (PJW) |
| Plaintiff, | |
| | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

DATED: MAR 10 2009

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\COLEMAN, R 2606\Order accep r&r2.wpd