JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>    Defendants. | CASE NO. CV 06-2606-JFW (PJW)<br><br>J U D G M E N T |

   Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed without prejudice as to Nurse Clark and with prejudice as to the other Defendants.

   DATED:   <u>November 23, 2009</u>.


                              _____
                              JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.coleman.wpd